IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

MERVYN PAUL ARNOLD                     §

VS.                                    §              CIVIL ACTION NO.   1:25-CV-142

TEXAS BD. PARDONS & PAROLES, ET AL.§

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Mervyn Paul Arnold, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On April 15, 2025, the magistrate judge recommended dismissing the action without prejudice for want of prosecution. Proper notice was given to Petitioner at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). To date, the parties have not filed objections to the Report and Recommendation.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. The Report and Recommendation incorrectly referred to the action as a civil rights action brought pursuant to 42 U.S.C. § 1983, but correctly concluded that the action should be dismissed for want of prosecution due to Petitioner's failure to provide the Court with his current address. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge [Dkt. 6] is ADOPTED.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 30th day of March, 2026.**

_____
Michael J. Truncale
United States District Judge